■ JENNIFER CANGRO, Appellant, v PARK SOUTH TOWERS ASSOCIATES et al., Respondents. [996 NYS2d 914]—Appeal from order, Supreme Court, New York County (Donna M. Mills, J.), entered September 12, 2013, which denied plaintiff's motion to reargue, unanimously dismissed, with costs, as taken from a nonappealable paper.

The appeal is dismissed because "[n]o appeal lies from the denial of a motion for reargument" (D'Andrea v Hutchins, 69 AD3d 541, 542 [1st Dept 2010]; Reid v Presbyterian Hosp. in City of N.Y., 254 AD2d 139, 140 [1st Dept 1998], lv dismissed 93 NY2d 904 [1999]). Concur—Mazzarelli, J.P., Andrias, Manzanet-Daniels, Feinman and Gische, JJ.